| | |
|---|---|
| 1 | KAMER ZUCKER ABBOTT |
| | Scott M. Abbott     #4500 |
| 2 | Kaitlin H. Ziegler     #13625 |
| | 3000 West Charleston Boulevard, Suite 3 |
| 3 | Las Vegas, Nevada 89102-1990 |
| | Tel: (702) 259-8640 |
| 4 | Fax: (702) 259-8646 |
| | sabbott@kzalaw.com |
| 5 | kziegler@kzalaw.com |

Attorneys for Defendant
Sam-Will, Inc. d/b/a Fremont Hotel and Casino
(incorrectly named as Boyd Gaming Corporation)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K MYA MYA MIN, individually, | Case No. 2:17-cv-00625-JCM-PAL |
| Plaintiff, | |
| vs. | |
| BOYD GAMING CORPORATION, a domestic corporation; NEAL JAY LIPMAN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | **STIPULATION AND REQUEST TO AMEND CASE CAPTION** |
| Defendants. | |

Plaintiff K Mya Mya Min ("Plaintiff") and Defendant Sam-Will, Inc. d/b/a Fremont Hotel and Casino ("Defendant"), by and through their respective counsel of record, stipulate and request that the Court amend the caption to reflect the correct corporate defendant in this case. In support of this Stipulation and Request, the parties state as follows:

1. Defendant Boyd Gaming Corporation was served with the Summons and Complaint in this matter on March 1, 2017, which incorrectly identified as a party-Defendant Boyd Gaming Corporation rather than Sam-Will, Inc. d/b/a Fremont Hotel and Casino, the entity at which Plaintiff was employed.

2. As the caption does not accurately reflect the parties involved, Boyd Gaming Corporation requests the caption be amended to replace Boyd Gaming Corporation with Sam-Will, Inc. d/b/a Fremont Hotel and Casino.

3. Counsel for both parties have conferred regarding this request to amend the case caption, and Plaintiff's counsel has indicated she has no objection to this request. Defendant Lipman has not entered an appearance yet, but should not be prejudiced by this amendment.

4. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay.

WHEREFORE, the parties respectfully request that the Court amend the case caption to state the following:

| | |
|---|---|
| K MYA MYA MIN, individually, ) | Case No. 2:17-cv-00625-JCM-PAL |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SAM-WILL, INC., a Nevada corporation, d/b/a ) | |
| Fremont Hotel and Casino; NEAL JAY ) | |
| LIPMAN, an individual; DOES I-X; and ROE ) | |
| BUSINESS ENTITIES I-X, inclusive, ) | |
| ) | |
| Defendants. ) | |

DATED this 6th day of April, 2017.

Respectfully submitted,

/s/ Danielle J. Barraza
Joseph A. Gutierrez, Esq.     #9046
Danielle J. Barraza, Esq.     #13822
MAIER GUTIERREZ AYON
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: (702) 629-7900
Fax: (702) 629-7925

Attorneys for Plaintiff
K Mya Mya Min

Respectfully submitted,

/s/ Scott M. Abbott
Scott M. Abbott, Esq.     #4500
Kaitlin H. Ziegler, Esq.     #13625
KAMER ZUCKER ABBOTT
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
Sam-Will, Inc. d/b/a Fremont Hotel and Casino

**IT IS SO ORDERED.**

April 10, 2017
_____
**DATE**

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE