UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| K MYA MYA MIN,<br><br>                Plaintiff,<br>v.<br>SAM-WILL, INC., et al.,<br><br>                Defendants. | Case No. 2:17-cv-00625-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 15) |

This matter is before the court on the Substitution of Attorneys (ECF No. 15). Charles M. Vlasic, III of CV3 Legal seeks leave to be substituted in the place of Kerry Elizabeth Kleiman of Reid Rubinstein & Bogatz for Defendant Neal Jay Lipman. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

An Early Neutral Evaluation is scheduled for June 13, 2017, and a stipulated proposed discovery plan and scheduling order is due 44 days from the first defendant's answer or appearance.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 15) is **GRANTED**.

/ / /

/ / /

/ / /

1

2. Charles M. Vlasic, III of CV3 Legal is substituted in the place of Kerry Elizabeth Kleiman of Reid Rubinstein & Bogatz for Defendant Neal Jay Lipman, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 9th day of May, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE