JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail:  jag@mgalaw.com
         djb@mgalaw.com

*Attorneys for Plaintiff K Mya Mya Min*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| K MYA MYA MIN, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAM-WILL, INC. a Nevada corporation, d/b/a Fremont Hotel and Casino; NEAL JAY LIPMAN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-00625-JCM-PAL<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE FOR SUBMISSION OF ENE STATEMENTS**<br><br>**(FIRST REQUEST)** |

Plaintiff K Mya Mya Min ("Plaintiff"), Defendants Sam-Will, Inc. and Neal Jay Lipman (collectively "Defendants"), by and through their undersigned attorneys of record, hereby stipulate and request that the deadline for all parties to submit their Early Neutral Evaluation Statements currently due June 6, 2017, be extended to June 8, 2017. This extension is requested to allow further time to facilitate settlement discussions. The parties have been engaged in early settlement negotiations for the last several weeks, and believe they may be close to a resolution of this matter. If a resolution can be reached this week, it will obviate the need for the ENE session scheduled for June 13, 2017. The parties are setting forth this request in good faith and for the purpose of ensuring the parties do not incur substantial attorney's fees associated with the Early Neutral Evaluation Statements

1 while a settlement is legitimately being pursued and may be imminent. Additionally, this request will

2 not impact the current Early Neutral Evaluation date of June 13, 2017.

3       This is the first request for an extension deadline and is not intended to cause delay or prejudice

4 to any party.

5 DATED this 5th day of June, 2017.        DATED this 5th day of June, 2017.

6 **MAIER GUTIERREZ & ASSOCIATES**       **CV3 LEGAL**

7

8 _/s/ Danielle J. Barraza_____     __/s/ Charles Vlasic, III_____
JOSEPH A. GUTIERREZ, ESQ.           CHARLES VLASIC, III, ESQ.

9 Nevada Bar No. 9046                 Nevada Bar No. 11308
DANIELLE J. BARRAZA, ESQ.          3016 W. Charleston Boulevard, Suite 170

10 Nevada Bar No. 13822                Las Vegas, Nevada 89102
8816 Spanish Ridge Avenue           *Attorneys for Defendant Neal Jay Lipman*

11 Las Vegas, Nevada 89148
*Attorneys for Plaintiff K Mya Mya Min*

12 DATED this 5th day of June, 2017.

13 **KAMER ZUCKER ABBOTT**

14

15 _/s/ Scott M. Abott_____
SCOTT M. ABBOTT, ESQ.

16 Nevada Bar No. 4500
KAITLIN H. ZIEGLER, ESQ.

17 Nevada Bar No. 13625
3000 West Charleston Boulevard, Suite 3

18 Las Vegas, Nevada 89102
*Attorneys for Defendant Sam-Will, Inc. d/b/a*

19 *Fremont Hotel and Casino*

20

21

22        IT IS SO ORDERED;

23 _____

24 GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

25 DATED: __June 6, 2017_____

26

27

28