1  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
2  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
3  **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone: 702.629.7900
5  Facsimile:  702.629.7925
   E-mail:     jag@mgalaw.com
6               djb@mgalaw.com

7  *Attorneys for Plaintiff K Mya Mya Min*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| K MYA MYA MIN, individually, | Case No.: 2:17-cv-00625-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST TO VACATE THE DEADLINE FOR SUBMISSION OF ENE STATEMENTS AND VACATE THE ENE SESSION** |
| SAM-WILL, INC. a Nevada corporation, d/b/a Fremont Hotel and Casino; NEAL JAY LIPMAN, an individual; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

Plaintiff K Mya Mya Min ("Plaintiff"), and Defendants Sam-Will, Inc. and Neal Jay Lipman (collectively "Defendants"), by and through their undersigned attorneys of record, hereby stipulate and request that the deadline for all parties to submit their Early Neutral Evaluation Statements currently due June 8, 2017, be vacated, along with the Early Neutral Evaluation session itself, currently scheduled to take place June 13, 2017. This is requested because the parties have agreed upon settlement terms supporting a complete resolution of this matter. The parties anticipate filing a stipulation to dismiss this case with prejudice as soon as feasible. Thus, the Early Neutral Evaluation process is no longer necessary for this matter.

This request is set forth in good faith and is not intended to cause delay or prejudice to any

1

party.

DATED this 8th day of June, 2017.

**MAIER GUTIERREZ & ASSOCIATES**

_/s/ Danielle J. Barraza_____
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff K Mya Mya Min*

DATED this 8th day of June, 2017.

**CV3 LEGAL**

__/s/ Charles Vlasic, III_____
CHARLES VLASIC, III, ESQ.
Nevada Bar No. 11308
3016 W. Charleston Boulevard, Suite 170
Las Vegas, Nevada 89102
*Attorneys for Defendant Neal Jay Lipman*

DATED this 8th day of June, 2017.

**KAMER ZUCKER ABBOTT**

_/s/ Scott M. Abbott_____
SCOTT M. ABBOTT, ESQ.
Nevada Bar No. 4500
KAITLIN H. ZIEGLER, ESQ.
Nevada Bar No. 13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102
*Attorneys for Defendant Sam-Will, Inc. d/b/a Fremont Hotel and Casino*

     IT IS SO ORDERED;

_____
GEORGE FOLEY, JR.
UNITED STATES DISTRICT JUDGE

DATED: __6/09/2017_____