KAMER ZUCKER ABBOTT
Scott M. Abbott            #4500
Kaitlin H. Ziegler         #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
kziegler@kzalaw.com

Attorneys for Defendant
Sam-Will, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| K MYA MYA MIN, individually, ) | Case No. 2:17-cv-00625-JCM-PAL |
| )<br>Plaintiff, )<br>) | |
| vs. )<br>) | |
| SAM-WILL, INC., a Nevada corporation, d/b/a )<br>Fremont Hotel and Casino; NEAL JAY )<br>LIPMAN, an individual; DOES I-X; and ROE )<br>BUSINESS ENTITIES I-X, inclusive, )<br>)<br>Defendants. ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 14th day of July, 2017.

MAIER GUTIERREZ & ASSOCIATES         KAMER ZUCKER ABBOTT

By: /s/ *Danielle J. Barraza*                By: /s/ *Scott M. Abbott*
Joseph A. Gutierrez, Esq.     #9046         Scott M. Abbott          #4500
Danielle J. Barraza, Esq.     #13822        Kaitlin H. Ziegler       #13625
MAIER GUTIERREZ & ASSOCIATES                KAMER ZUCKER ABBOTT
8816 Spanish Ridge Avenue                   3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89148                     Las Vegas, Nevada 89102
Tel: (702) 629-7900                         Tel: (702) 259-8640
Fax: (702) 629-7925                         Fax: (702) 259-8646

Attorneys for Plaintiff                     Attorneys for Defendant
K Mya Mya Min                               Sam-Will, Inc.


                                            CV3 LEGAL


                                        By: /s/ *Charles Vlasic, III*
                                            Charles Vlasic, III, Esq.    #11308
                                            CV3 LEGAL
                                            3016 W. Charleston Boulevard, Suite 170
                                            Las Vegas, Nevada 89102
                                            Tel: (702) 551-1178
                                            Fax: (702) 551-1178

                                            Attorneys for Defendant
                                            Neal Jay Lipman

**ORDER**

IT IS SO ORDERED.

DATE: July 17, 2017                         _____
                                            UNITED STATES DISTRICT JUDGE